```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/03/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LESHAWN YOUNG,

                          Plaintiff,

           -against-

QUALITAS HEALTH, INC.,

                         Defendant.
-----------------------------------------------------------------X

**25-CV-10015 (DEH) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on February 2, 2026 (doc. no 15) the Initial Case

Management Conference currently scheduled for **March 3, 2026**, is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
             February 3, 2026

                                  *[signature]*
                            _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge